# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNMONT SECURITIES, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 07-CV-5543 |
| | : | |
| MEYER FRUCHER, et. al., | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

**AND NOW**, this ___5TH___ day of October, 2009, it is hereby ORDERED that the case is DISMISSED for lack of subject matter jurisdiction.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: